IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

07 MAY 25 PM 3:51

| | | |
|---|---|---|
| BRANDON JOE HARRIS, HARRIS MOBILE APPEARANCE RECONDITIONING SERVICE, INC., TOM JONES, ROSS MESNICK, LAWRENCE WOODRING, SCOTT AMLING, TONY FACKLER, MIKE HUGHES, RICK ARRESE, LOU ZAPPA, SCOTT HARRIS, VALERIE HARRIS, GREG JONES, NATHAN CHISOLM, JONATHON STOVER and TOM KRESGE, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br><br><br><br><br><br>1:07-cv-0681 LJM -TAB |
| Plaintiffs, | ) | |
| v. | ) | |
| MIRACLE APPEARANCE RECONDITIONING SPECIALISTS INTERNATIONAL, INC., INTERNATIONAL SERVICE GROUP, INC., INTERNATIONAL MANAGEMENT GROUP, INC., DAVID JONES, MEL LUIGS and DONOVAN HALL, | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441, and 1446, Defendants Miracle Appearance Reconditioning Specialists International, Inc., International Service Group, Inc., International Management Group, Inc., David Jones, Mel Luigs, and Donovan Hall, by counsel, hereby remove the subject action from the Hamilton Superior Court to the United States District Court for the Southern District of Indiana, Indianapolis Division, on the following grounds:

1.   On May 1, 2007, Plaintiffs Brandon Joe Harris, Harris Mobile Appearance Reconditioning Service, Inc., Tom Jones, Ross Mesnick, Lawrence Woodring, Scott Amling, Tony Fackler, Mike Hughes, Rick Arrese, Lou Zappa, Scott Harris, Valerie Harris, Greg Jones,

Nathan Chisolm, Jonathon Stover, and Tom Kresge filed a Complaint in the Hamilton Superior Court denominated Cause No. 29D03-0705-PL-490, alleging fraud and deception, RICO violations, antitrust violations, and breach of fiduciary duty. The Complaint names as Defendants Miracle Appearance Reconditioning Specialists International, Inc., International Service Group, Inc., International Management Group, Inc., David Jones, Mel Luigs, and Donovan Hall.

2.   Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over counts II and III of Plaintiffs' Complaint because those claims arise under the laws of the United States.

3.   This Court has supplemental jurisdiction over counts I, IV, and V pursuant to 28 U.S.C. § 1367 because those claims are so related to counts II and III that they form part of the same case or controversy under Article III of the United States Constitution.

4.   On information and belief, Plaintiff Brandon Joe Harris is, and at the time of the filing of this Complaint was, a citizen of the state of Indiana. (Complaint ¶ 1.)

5.   On information and belief, Harris Mobile Appearance Reconditioning Service, Inc. is, and at the time of the filing of the Complaint was, a corporation organized and existing under the laws of the state of Indiana, having its principal place of business in Hamilton County, Indiana. (Complaint ¶ 2.)

6.   On information and belief, Tom Jones is, and at the time of the filing of this Complaint was, a citizen of the state of Indiana. (Complaint ¶ 1.)

7.   On information and belief, Ross Mesnick is, and at the time of the filing of this Complaint was, a citizen of the state of Ohio. (Complaint ¶ 3.)

8.   On information and belief, Lawrence Woodring is, and at the time of the filing of this Complaint was, a citizen of the state of Ohio. (Complaint ¶ 3.)

9. On information and belief, Scott Amling is, and at the time of the filing of this Complaint was, a citizen of the state of Iowa. (Complaint ¶ 4.)

10. On information and belief, Tony Fackler is, and at the time of the filing of this Complaint was, a citizen of the state of Iowa. (Complaint ¶ 4.)

11. On information and belief, Mike Hughes is, and at the time of the filing of this Complaint was, a citizen of the state of Georgia. (Complaint ¶ 5.)

12. On information and belief, Rick Arrese is, and at the time of the filing of this Complaint was, a citizen of the state of Georgia. (Complaint ¶ 5.)

13. On information and belief, Lou Zappa is, and at the time of the filing of this Complaint was, a citizen of the state of Florida. (Complaint ¶ 6.)

14. On information and belief, Scott Harris is, and at the time of the filing of this Complaint was, a citizen of the state of Mississippi. (Complaint ¶ 7.)

15. On information and belief, Valerie Harris is, and at the time of the filing of this Complaint was, a citizen of the state of Mississippi. (Complaint ¶ 7.)

16. On information and belief, Greg Jones is, and at the time of the filing of this Complaint was, a citizen of the state of Mississippi. (Complaint ¶ 7.)

17. On information and belief, Nathan Chisolm is, and at the time of the filing of this Complaint was, a citizen of the state of Mississippi.

18. On information and belief, Jonathon Stover is, and at the time of the filing of this Complaint was, a citizen of the state of New York. (Complaint ¶ 8.)

19. On information and belief, Tom Kresge is, and at the time of the filing of this Complaint was, a citizen of the state of Hawaii. (Complaint ¶ 9.)

20. Defendant Miracle Appearance Reconditioning Specialists International, Inc. is, and at the time of the filing of the Complaint was, a corporation organized and existing under the laws of the state of Texas, having its principal place of business in Grand Prairie, Texas.

21. Defendant International Service Group, Inc. is, and at the time of the filing of the Complaint was, a corporation organized and existing under the laws of the state of Texas, having its principal place of business in Grand Prairie, Texas.

22. Defendant International Management Group, Inc. is, and at the time of filing the Complaint was, a corporation organized and existing under the laws of the state of Texas, having its principal place of business in Grand Prairie, Texas.

23. Defendant David Jones is, and at the time of the filing of the Complaint was, a citizen of the state of Texas.

24. Defendant Mel Luigs is, and at the time of the filing of the Complaint was, a citizen of the state of Texas.

25. Defendant Donovan Hall is, and at the time of the filing of the Complaint was, a citizen of the state of Texas.

26. The matter in controversy exceeds $75,000. (Complaint ¶ 15.)

27. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the matter in controversy exceeds the jurisdictional minimum of $75,000 exclusive of interest and costs.

28. This action does not arise under the workmen's compensation laws of any state, is not brought against a common carrier or its receivers or trustees, does not arise under 45 U.S.C. §§ 51–60, and does not arise under section 40302 of the Violence Against Women Act of 1994. Therefore, this cause is removable to this Court under 28 U.S.C. § 1441(a).

29. Venue is proper in this Court pursuant to 28 U.S.C. § 1441 because the state court action is pending in Hamilton County, Indiana.

30. This Notice of Removal is being filed with this Court within 30 days after receipt of the Complaint and Summons by Defendants and, therefore, is timely filed pursuant to 28 U.S.C. § 1446(b).

31. Copies of all process, pleadings, and orders are attached collectively as Exhibit 1 to this Notice and constitute all pleadings and documents known to have been served in this case.

32. Promptly hereafter, written notice will be given to all adverse parties and to the Clerk of the Hamilton Circuit and Superior Courts, that this Notice of Removal has been filed with this Court. An unexecuted copy of the Notice of Filing is attached hereto as Exhibit 2 without exhibits.

WHEREFORE, Defendants Miracle Appearance Reconditioning Specialists International, Inc., International Service Group, Inc., International Management Group, Inc., David Jones, Mel Luigs, and Donovan Hall pray that the entire state court action denominated Cause No. 29D03-0705-PL-490 now pending in the Hamilton Superior Court be removed to this Court for all further proceedings.

LOCKE REYNOLDS LLP

By: *Darren A. Craig*
Alan S. Brown, #3536-49
Darren A. Craig, #25534-49
Attorneys for Defendants MIRACLE
APPEARANCE RECONDITIONING
SPECIALISTS INTERNATIONAL, INC.,
INTERNATIONAL SERVICE GROUP,
INC., INTERNATIONAL MANAGEMENT
GROUP, INC., DAVID JONES, MEL
LUIGS and DONOVAN HALL

## CERTIFICATE OF SERVICE

Service of the foregoing was made by placing a copy of the same into the United States Mail, first class postage prepaid, this 25th day of May, 2007, addressed to:

P. Adam Davis  
DAVIS & SARBINOFF, LLP  
9000 Keystone Crossing, Suite 600  
Indianapolis, IN  46240

adavis@davis-sarbinoff.com

*Darren A. Craig*  
Darren A. Craig

LOCKE REYNOLDS LLP  
201 North Illinois Street, Suite 1000  
P.O. Box 44961  
Indianapolis, IN  46244-0961  
317-237-3800  
Fax: 317-237-3900  
abrown@locke.com  
dcraig@locke.com

835266_2